IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-192-KS

| | | |
|---|---|---|
| SUSAN PRECIOSE and RICHARD PRECIOSE, <br>     Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) | **ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY** |

Having considered *Plaintiffs' Motion for Leave to Appear Telephonically*, any response(s) thereto, the applicable law, procedural rules, and rules of professional conduct, and the arguments of counsel, if any, the Court finds that said Motion should be granted; it is therefore,

ORDERED that *Plaintiffs' Motion for Leave to Appear Telephonically* is hereby GRANTED, and Plaintiffs' counsel, Richard G. Paxton, may appear telephonically at the Status Conference set in this Court on August 16, 2016 at 1:30 p.m.

SIGNED this 12th day of August 2016.

                                                                                       KIMBERLY A. SWANK
                                                                                       United States Magistrate Judge