IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CV-192-KS

| | |
|---|---|
| SUSAN PRECIOSE and RICHARD PRECIOSE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

This matter is before the court on its own motion. Pursuant to Local Civil Rule 101.1, EDNC, and Rule 16 of the Federal Rules of Civil Procedure, this matter is referred to United States Magistrate Judge Robert B. Jones, Jr., for a court-hosted settlement conference.

Judge Jones is directed to meet with the parties and supervise negotiations, with an aim toward reaching an amicable resolution of the issues. Judge Jones is given full authority to establish such rules as he may desire, which shall be binding upon the parties and their counsel during the course of the conference. The conference will be conducted at a time and place selected by Judge Jones upon notice to the parties.

Defendant's Motion to Enforce Settlement and Request for Attorney's Fees and Costs [DE #36] and Plaintiff's Motion for Leave to File Second Amended Complaint [DE #40] are hereby DISMISSED WITHOUT PREJUDICE. If appropriate, the parties may refile said motions upon conclusion of the court-hosted settlement conference.

This 24th day of August 2016.

KIMBERLY A. SWANK
United States Magistrate Judge