**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-cv-00192-KS**

| | |
|---|---|
| **SUSAN PRECIOSE AND RICHARD PRECIOSE,** | |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| **Defendant.** | |

Upon motion by Defendant State Farm Fire and Casualty Company, (hereinafter "State Farm"), requesting an order rescheduling the telephonic conference set for Monday, September 19, 2016 at 10:00 a.m., the Court determines good cause exists to grant the motion. It is hereby ORDERED that the telephonic conference is rescheduled to 9:00 a.m. on Monday, September 19, 2016.

SO ORDERED, this the 15th day of September 2016.

Robert B. Jones, Jr.
United States Magistrate Judge